THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT L. WORDEN, Appellant.

Submitted July 16, 2012; decided August 28, 2012

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

In the Matter of JACQUELINE PEREZ, Respondent, v JOHN B. RHEA, as Chairman of the New York City Housing Authority, Appellant.

Submitted August 6, 2012; decided August 28, 2012

Motion by Housing Court Answers, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

NANDKUMAR RAMKUMAR, Appellant, v GRAND STYLE TRANSPORTATION ENTERPRISES INC. et al., Respondents. GRAND STYLE TRANSPORTATION ENTERPRISES INC. et al., Third-Party Plaintiffs-Respondents, v GEORGINA D. CASTILLO, Third-Party Defendant-Respondent.

Submitted July 23, 2012; decided August 28, 2012

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.